# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141759

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                            SC: 141759
                            COA: 296246

VICTOR HUGO ESCOBAR,
       Defendant-Appellant.
                            Kent CC: 94-000501-FC

_____/

       On order of the Court, the application for leave to appeal the May 21, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011                                                              

d0228                                                   Clerk